UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) NO: 23-40900 |
| | ) CHAPTER 13 |
| Patricia Phillips, | ) Hearing Date: 6/22/2023 |
| | ) Hearing Time: 10:00 a.m. |
| Debtor. | ) Courtroom: 7 South |

### TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and states as follows:

1. The Trustee has not received a copy of Debtor's 2022 U.S. and State income tax returns. [11 U.S.C. § 521(e)(2)(A)(i); Local Rule 1007-4A]

2. The first amended plan is not feasible in that:

a) It will not pay priority claims in full.

b) Based on presently filed claims and scheduled debts, the base of the first amended plan is approximately $395 short of being feasible.

**WHEREFORE**, the Trustee prays that the Court deny confirmation of Debtor's First Amended Chapter 13 Plan; and for such other relief as this Honorable Court deems necessary and just under the circumstances.

Respectfully Submitted,

/s/ Joseph M. Wilson

Diana S. Daugherty  
Chapter 13 Trustee  
Joseph M. Wilson  
FED#51849MO; MO#51849  
Attorney For Trustee  
P.O. Box 430908  
St. Louis, MO 63143  
(314) 781-8100  
(314) 781-8881 (fax)  
E-Mail: trust33@ch13stl.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above Trustee's Objection was filed electronically with the United States Bankruptcy Court on the _31st_ day of May, 2023, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

The undersigned hereby certifies that the above Trustee's Objection was filed electronically with the United States Bankruptcy Court and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below, on the _31st_ day of May, 2023:

Patricia Phillips  
681 Hidden Path Ct.  
Creve Coeur, MO 63141

/s/ Joseph M. Wilson